UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD., D/B/A
TAKHAR GROUP,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK

    Plaintiff, Susan M. Jordan, pursuant to Rule 55(a) Fed.R.Civ.P., hereby moves the Clerk of this Court for an entry of Default against Defendant, Takhar Collection Services LTD., d/b/a Takhar Group, for failure to serve a response to Plaintiff's Complaint or enter an appearance in this action.

                                                    Respectfully submitted,

                                                    DONALD A. YARBROUGH, ESQ.
                                                    Attorney for Plaintiff
                                                    Post Office Box 11842
                                                    Fort Lauderdale, Florida 33339
                                                    Telephone: (954) 537-2000
                                                    Facsimile: (954) 566-2235
                                                    donyarbrough@mindspring.com

                                                    s/Donald A. Yarbrough
                                                    Donald A. Yarbrough, Esq.
                                                    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD., D/B/A
TAKHAR GROUP,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 19, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/Donald A. Yarbrough
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

TAKHAR COLLECTION SERVICES LTD. d/b/a TAKHAR GROUP
c/o CT Corporation System
Suite 814
208 South Lasalle Street
Chicago, IL  60604

Via U.S. Mail.