UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CLERK'S DEFAULT

Susan M. Jordan,　　　　　　　　　　　　　　CASE NO. 11-cv-61933-JIC

　　　　Plaintiff(s),

v.

Takhar Collection Services LTD.

　　　　Defendant(s).
_____/

```
FILED by  AJS  D.C.

   Dec 21, 2011

STEVEN M. LARIMORE
      CLERK
    U.S. DIST. CT.
   S.D. OF FLA.
```

　　　　It appearing that the defendant(s) herein, **Takhar Collection Services LTD.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Takhar Collection Services LTD., as of course, on this date December 21, 2011.

　　　　　　　　　　　　　　　　　　　　　　**STEVEN M. LARIMORE**
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　　　　　By:   s/Autumn Sandoval
　　　　　　　　　　　　　　　　　　　　　　　　　Autumn Sandoval
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　　Hon. James I. Cohn
　　　　Counsel of Record
　　　　Takhar Collection Services LTD.
　　　　C/o Gina Lendi, 208 South Lasalle, 17th Floor, Chicago, IL 60604