UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES, LTD.
d/b/a Takhar Group,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Final Judgment [DE 9], the entire file of this case including plaintiff's complaint, return of service upon defendant [DE 6], the Clerk's entry of default against defendant [DE 8], and the failure of Defendant to respond to Plaintiff's motion by the deadline of January 9, 2012.  Upon a review of the entire matter, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion for Default Final Judgment [DE 9] is hereby **GRANTED;**

2.     Judgment is hereby entered in favor of Plaintiff, Susan M. Jordan, and against defendant Takhar Collection Services Ltd., d/b/a Takhar Group, in the amount of $1,000.00 for Defendant's violation of the Fair Debt Collection Practices Act and $1,000.00 for Defendant's violation of the Florida Consumer Collection Practices Act, for a total of $2,000,00 plus post-judgment interest at the rate of 0.12% per annum, for which let execution issue;

3.     Defendant is hereby enjoined from telephoning Plaintiff in violation of the Florida Consumer Collection Practices Act;

4.	The Court retains jurisdiction in the matter of Plaintiff's attorney's fees and costs;

5.	Any other pending motions are hereby denied as moot;

6.	The Clerk of the Court shall close this case.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 12th day of January, 2012.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

cc:	Don Yarbrough, Esq.

Takhar Collection Services, Ltd., d/b/a Takhar Group
c/o CT Corporation System
208 South LaSalle, Suite 814
Chicago, IL 60604
(via CM/ECF regular mail)