UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD., D/B/A
TAKHAR GROUP,

    Defendant.
_____/

**PLAINTIFF'S VERIFIED MOTION FOR
AN AWARD OF COSTS AND ATTORNEY'S FEES**

    Plaintiff, Susan M. Jordan, moves the Court for an Order that Defendant, Takhar Collection Services, Ltd. d/b/a Takhar Group, pay to Plaintiff an award of costs, litigation expense, and attorney's fees for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA") and, in support thereof states as follows:

    1.    On August 30, 2011, Plaintiff filed a Complaint (DE 1) alleging Defendant violated the FDCPA and the FCCPA.

    2.    Plaintiff herein was represented by Donald A. Yarbrough.

    3.    On December 21, 2011 the Court entered a Default against Defendant (DE 8).

    4.    On January 12, 2012, the Court entered a Final Default Judgment (DE 11)

against Defendant for $2,000.00 in damages plus post judgment interest. Accordingly, Plaintiff is the prevailing party in this action and Plaintiff now seeks a Final Judgment for attorney's fees and costs.

5. Plaintiff's attorney Donald A. Yarbrough has expended a total of 5.62 hours on behalf of Plaintiff. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

6. The hourly rate for the services provided by Donald A. Yarbrough is $350.00 per hour.

7. The reasonable attorney fee for the services of Donald A. Yarbrough in this matter is $1,967.00 (5.62 hours x $350/hour).

8. Mr. Yarbrough incurred costs and litigation expenses of $400.00 in prosecution of this matter. See "Exhibit B" to Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

9. Under the FDCPA and FCCPA, a prevailing Plaintiff is entitled to attorney fees and costs incurred in the litigation of this Motion for Attorney Fees and Costs, and, accordingly, this Application includes the attorney fees and costs incurred in preparation of this Motion.

10. As required by S.D. Fla. L.R. 7.3 B(iii), Plaintiff discloses that the terms of her agreement with counsel for payment of attorney's fees and costs are the greater of

40% of any recovery or $350.00 per hour plus costs incurred.

11. The total reasonable attorney fee for the services of Plaintiff's counsel is $1,967.00 and costs of $400.00 for a total of $2,367.00.

**WHEREFORE**, Plaintiff, respectfully requests that this Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount $1,967.00 and costs of $400.00 for a total of $2,367.00.

### CERTIFICATION PURSUANT TO RULE 7.3 B

The undersigned has reviewed the time records and supporting data in this matter and this Motion is well grounded in fact and is justified.

s/Donald A. Yarbrough
DONALD A. YARBROUGH

### CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

Defendant has defaulted accordingly there is no counsel to confer with on this motion.

### VERIFICATION

I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true.

Executed this 13 day of February, 2012
at Fort Lauderdale, Florida

s/Donald A. Yarbrough
at Fort Lauderdale, Florida

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 015865

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD., D/B/A
TAKHAR GROUP,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 13, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/Donald A. Yarbrough
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

TAKHAR COLLECTION SERVICES LTD. d/b/a TAKHAR GROUP
C/o CT Corporation System
Suite 814
208 South Lasalle Street
Chicago, IL  60604

Via U.S. Mail

5