UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,
v.

TAKHAR COLLECTION SERVICES, LTD.
d/b/a Takhar Group,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR FEES AND COSTS

**THIS CAUSE** is before the Court on Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [DE 12] ("Motion"), along with Plaintiff's Brief and Declaration in Support [DE's 13 and 14]. The Court has considered the Motion, Brief and Declaration, and notes Defendant's failure to respond by the March 1, 2012 deadline.

On August 30, 2011, Plaintiff filed this action for claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, ("FCCPA"). Complaint [DE 1]. After service was completed, Plaintiff moved for entry of default [DE 7]. After the Clerk entered default [DE 8], Plaintiff moved for default judgment [DE 9]. This Court entered default judgment on January 12, 2012 [DE 11].

On February 13, 2012, Plaintiff filed the instant Motion, requesting $1,967.00 in attorney's fees and $400.00 in costs. Defendant has failed to oppose the Motion. In an individual action under the FDCPA, in addition to damages, a debt collector may be liable for "the costs of the action, together with a reasonable attorney's fee as determined by the court." 15 U.S.C. § 1692k(a). A reasonable award for attorney's fees is calculated using

the lodestar method, which requires the Court to multiply the reasonable hours expended by a reasonable hourly rate.  See Hensley v. Eckerhart, 461 U.S. 424, 433 (1983).  The fee applicant bears the burden of establishing entitlement to the award and documenting the appropriate hours and hourly rates.  ACLU v. Barnes, 168 F.3d 423 (11th Cir. 1999).

Plaintiff seeks an award based upon 5.62 hours of billed time at a rate of $350.00 per hour.  These amounts are supported by billing records.  As the motion is unopposed, the Court will grant the motion.  The request for $400.00 in costs is also supported in the record as costs for the filing fee and the service fee [DE 14-1].

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [DE 12] is hereby **GRANTED**;

2. Plaintiff is awarded a total of $2,367.00 for attorney's fees and costs, which includes $1,967.00 in attorney's fees and $400.00 in costs;

3. The Court will enter a separate judgment for fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of March, 2012.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:
Don Yarbrough, Esq.

Takhar Collection Services, Ltd., d/b/a Takhar Group
c/o CT Corporation System
208 South LaSalle, Suite 814
Chicago, IL 60604
(via CM/ECF regular mail)