UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61933-Civ-Cohn/Seltzer

SUSAN M. JORDAN,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES, LTD.
d/b/a Takhar Group,

    Defendant.
_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** came on before the Court upon the court's separately entered order granting Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees. Accordingly, it is **ORDERED AND ADJUDGED** that Judgment for fees and costs is hereby entered in favor of Plaintiff, Susan M. Jordan, and against Defendant Takhar Collection Services Ltd., d/b/a Takhar Group, and Plaintiff Susan M. Jordan shall recover $2,367.00 (consisting of $1,967.00 in fees and $400.00 in costs), plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of March, 2012.

_____
JAMES I. COHN
United States District Judge

copies to:
Don Yarbrough, Esq.

Takhar Collection Services, Ltd., d/b/a Takhar Group
c/o CT Corporation System
208 South LaSalle, Suite 814
Chicago, IL 60604
(via CM/ECF regular mail)